United States District Court
Southern District of Texas
**ENTERED**
January 19, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER CHRISTENSEN, on behalf of herself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-22-3682 |
| | § § § § | |
| KBR WYLE SERVICES, LLC, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 7), this action is dismissed without prejudice.

SIGNED on January 19, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge